UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALY  FAH  DIARRA,                                                JUDGMENT
                                                                 05-CV- 1929 (FB)
                          Petitioner,

    -against-

ALBERTO GONZALES, et al.,

                                                                 FILED
                                                                 IN CLERK'S OFFICE
                                                                 U.S. DISTRICT COURT, E.D.N.Y.
                          Respondents.                           ★ AUG 0 9 2005 ★
-------------------------------------------------------------------X
                                                                 BROOKLYN OFFICE


        An Order of Honorable Frederic Block, United States District Judge, having been

filed on August 9, 2005, granting petitioner's application to withdraw the habeas corpus

petition; and dismissing the petition without prejudice; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondents; that

petitioner's application to withdraw the habeas corpus petition is granted; and that the

petition is dismissed without prejudice.



Dated:  Brooklyn, New York
        August 09, 2005

                                                 _____
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court